**FILED**



*12:59 pm, 3/18/26*

**Margaret Botkins**
**Clerk of Court**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD ALLEN,**<br>**a/k/a Richard Stanton Allen,**<br><br>Defendant. | **No.**　26-CR-31-ABJ<br><br>**Ct 1:**　**18 U.S.C. §§ 922(g)(1) and**<br>　　　**924(a)(8)**<br>　　　(Felon in Possession of a Firearm)<br><br>**Ct 2:**　**26 U.S.C. § 5861(d)**<br>　　　(Possession of an Unregistered<br>　　　Firearm)<br><br>　　　Forfeiture Notice |

## I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 6, 2025, in the District of Wyoming, the Defendant, **RICHARD ALLEN, a/k/a Richard Stanton Allen**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a UTAS-USA, Model UT9-M Mini, 9x19mm caliber rifle, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### COUNT TWO

On or about November 6, 2025, in the District of Wyoming, the Defendant, **RICHARD ALLEN, a/k/a Richard Stanton Allen**, knowingly possessed a firearm, that is, a UTAS-USA, Model UT9-M Mini, 9x19mm caliber rifle, having a barrel of less than sixteen inches in length, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

## FORFEITURE NOTICE

1.      The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

2.      Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(8) and Title 26, United States Code, Section 5861(d), as set forth in this Indictment, the Defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), Title 26, United States Code, Section 5872, and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including but not limited to: a UTAS-USA, Model UT9-M Mini, 9x19mm caliber rifle, magazine, and related ammunition.

A TRUE BILL:

*/s/ Ink Signature on File in the Clerk's Office*
FOREPERSON

DARIN D. SMITH
United States Attorney

2

## PENALTY SUMMARY

**DEFENDANT NAME:**    **RICHARD ALLEN**
**a/k/a Richard Stanton Allen**

**DATE:**    March 16, 2026

**INTERPRETER NEEDED:**    No

**VICTIM(S):**    No

**OFFENSE/PENALTIES:**

    **Count 1:**    **18 U.S.C. §§ 922(g)(1) and 924(a)(8)**
(Felon in Possession of a Firearm)

0-15 Years Imprisonment
Up to $250,000 Fine
3 Years Supervised Release
$100 Special Assessment

    **Count 2:**    **26 U.S.C. § 5861(d)**
(Possession of an Unregistered Firearm)

0-10 Years Imprisonment
Up to $250,000 Fine
Up to 3 Years Supervised Release
$100 Special Assessment

**TOTALS:**    0-25 Years Imprisonment
Up to $500,000 Fine
3 Years Supervised Release
$200 Special Assessment

**AGENT:**    Cody Ruiz, ATF

**AUSA:**    Paige N. Hammer
Assistant United States Attorney

**ESTIMATED TIME OF TRIAL:**    1 to 5 days

**WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:**    Yes

**ARE THERE DETAINERS FROM OTHER JURISDICTIONS:**    No